ACCEPTED
14-15-00271-CV
FOURTEENTH COURT OF APPEAL:
HOUSTON, TEXAS
3/27/2015 3:42:10 PM
CHRISTOPHER PRIN
CLERK

## NO. 201443623

| | | |
|---|---|---|
| PATRICIA BROWN<br>**Plaintiff,** | §<br>§<br>§ | IN THE DISTRICT COURT |
| **V.** | §<br>§ | 190TH JUDICIAL DISTRICT |
| HEB GROCERY COMPANY, LP<br>**Defendant.** | §<br>§<br>§ | OF HARRIS COUNTY, TEXAS |

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS
3/27/2015 3:42:10 PM
CHRISTOPHER A. PRINE
Clerk

### NOTICE OF APPEAL

Plaintiff, Patricia Brown, party to this case, files this Notice of Appeal seeking to alter the trial court's judgment or other appealable order.

The trial court, trial court case number and style of this matter are shown in the above caption.

The judgment or order appealed from was signed on March 2, 2015.

Patricia Brown desires to appeal the Order Granting Defendant's Motion for Summary Judgment signed by Judge Patricia Kerrigan on March 2, 2015.

This appeal is being taken to either the First or Fourteenth Court of Appeals.

This notice is being filed by Patricia Brown.

Respectfully submitted,

By: _____
Chad E. Jones
Texas Bar No. 24002369
Email: Jones@ChadJonesLaw.com
P.O. Box 4408
BRYAN, TX 77805
Tel. (979) 595-5000
Fax. (979) 774-1100
Attorney for Plaintiff
Patricia Brown

## CERTIFICATE OF SERVICE

I certify that on March 26, 2015, a true and correct copy of Plaintiff's Notice of Appeal was served by facsimile on Kip Patterson at (713) 623-0290.

_____
Chad E. Jones